IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS BROWN, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO.: 2:08-cv-1018-MHT |
| | )               (WO) |
| BARBOUR COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

The magistrate judge filed a recommendation (Doc. #8) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1)    The recommendation (Doc. #8) of the magistrate judge is adopted.

(2)    Plaintiffs' complaint pursuant to 42 U.S.C. § 1983 is dismissed due to plaintiffs' failure to obey the orders of the court or otherwise prosecute this action.

An appropriate judgment will be entered.

DONE, this 27th day of April, 2009.

                                             /s /   Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE